# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS JESSIE GAONA,<br><br>   Plaintiff,<br><br>   v.<br><br>BROWN, et al.,<br><br>   Defendants. | Case No. 1:15-cv-01117 DLB PC<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO FOLLOW COURT ORDER<br><br>THIRTY-DAY RESPONSE DEADLINE |

Plaintiff Jesus Jessie Gaona ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.[1] He filed this action on July 20, 2015.

On July 27, 2015, the Court ordered Plaintiff to either pay the filing fee, or submit an application to proceed in forma pauperis, within forty-five (45) days. Over forty-five (45) days have passed and Plaintiff has failed to comply with the order.[2]

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why he failed to comply with the Court's July 20, 2015, order. Plaintiff must file a response to this order within thirty (30) days of the date of service. Plaintiff may also comply with this order by paying the filing fee, or submitting an application to proceed in forma pauperis.

---

[1] Plaintiff consented to the jurisdiction of the United States Magistrate Judge on August 21, 2015.

[2] Plaintiff filed a First Amended Complaint on August 21, 2015, but he did not submit an application or pay the filing fee.

1

1 | <u>Failure to comply with this order will result in dismissal of this action.</u>

IT IS SO ORDERED.

Dated:   **October 2, 2015**                          /s/ *Dennis L. Beck*
                                             UNITED STATES MAGISTRATE JUDGE

2