# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS JESSIE GAONA,<br><br>        Plaintiff,<br><br>   v.<br><br>BROWN, et al.,<br><br>        Defendants. | Case No. 1:15-cv-01117 DLB PC<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE OR FILE APPLICATION TO PROCEED IN FORMA PAUPERIS |

Plaintiff Jesus Jessie Gaona ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.[1]  He filed this action on July 20, 2015. Plaintiff filed a First Amended Complaint on August 21, 2015.

On July 27, 2015, the Court ordered Plaintiff to either pay the filing fee, or submit an application to proceed in forma pauperis, within forty-five (45) days.

Plaintiff failed to comply with the order, and the Court therefore issued an order to show cause why the action should not be dismissed on October 5, 2015. Plaintiff was ordered to file a response to the order within thirty (30) days of the date of service. Plaintiff was also informed that he could comply with the order by paying the filing fee, or submitting an application to proceed in forma pauperis.

---

[1] Plaintiff consented to the jurisdiction of the United States Magistrate Judge on August 21, 2015.

1      Over thirty (30) days have passed and Plaintiff has not filed a response or an application to
2 proceed in forma pauperis, paid the filing fee, or otherwise communicated with the Court.  Plaintiff
3 was warned that failure to comply with the order would result in dismissal of this action.
4      A civil action may not proceed absent the submission of either the filing fee or a completed
5 application to proceed in forma pauperis.  28 U.S.C. §§ 1914, 1915.  Based on Plaintiff's failure to
6 comply with the Court's order, dismissal of this action is appropriate.  <u>In re Phenylpropanolamine
7 (PPA) Products Liability Litigation</u>, 460 F.3d 1217, 1226 (9th Cir. 2006); Local Rule 110.
8      Accordingly, this action is DISMISSED WITHOUT PREJUDICE for failure to pay the filing
9 fee or file an application to proceed in forma pauperis.
10
11 IT IS SO ORDERED.
12     Dated:   **November 13, 2015**            /s/ *Dennis L. Beck*
13                                              UNITED STATES MAGISTRATE JUDGE