# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS JESSIE GAONA, | Case No. 1:15-cv-01117 DLB PC |
| Plaintiff, | ORDER VACATING JUDGMENT AND DIRECTING CLERK OF COURT TO REOPEN THIS ACTION |
| v. | |
| BROWN, et al., | ORDER VACATING ORDER TO SHOW CAUSE (Document 6) |
| Defendants. | |
| | ORDER REQUIRING PLAINTIFF TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS, OR PAY FILING FEE, WITHIN THIRTY DAYS |

Plaintiff Jesus Jessie Gaona ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.[1]  He filed this action on July 20, 2015. Plaintiff filed a First Amended Complaint on August 21, 2015.

On July 27, 2015, the Court ordered Plaintiff to either pay the filing fee, or submit an application to proceed in forma pauperis, within forty-five (45) days.

Plaintiff failed to comply with the order, and the Court therefore issued an order to show cause why the action should not be dismissed on October 5, 2015. Plaintiff was ordered to file a response to the order within thirty (30) days of the date of service. Plaintiff was also informed that

---
[1] Plaintiff consented to the jurisdiction of the United States Magistrate Judge on August 21, 2015.

1

he could comply with the order by paying the filing fee, or submitting an application to proceed in forma pauperis.

On November 13, 2015, after the time for responding to the order to show cause passed, the Court dismissed this action without prejudice for failure to submit an application to proceed in forma pauperis or pay the filing fee.

On November 16, 2015, the Court received a prison trust account statement from Plaintiff. The prison certificate was signed by a prison official on October 29, 2015, which was within the time for filing a response. Accordingly, because Plaintiff attempted to comply with the order to show cause within the permitted time frame, the Court ORDERS that the judgment be VACATED, that this action be RE-OPENED and that the order to show cause be VACATED.

However, while Plaintiff's filing demonstrates an attempt to comply with the Court's orders, it is not a complete application to proceed in forma pauperis. The Clerk of Court is DIRECTED to send Plaintiff an application to proceed in forma pauperis. Plaintiff SHALL complete and return the application within thirty (30) days of the date of service of this order.

<u>Failure to comply with this order will result in dismissal of this action</u>.

IT IS SO ORDERED.

Dated:   **November 20, 2015**          /s/ *Dennis L. Beck*
                                        UNITED STATES MAGISTRATE JUDGE