1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   JESUS JESSIE GAONA,                     Case No. 1:15-cv-01117 DLB PC

12              Plaintiff,                    ORDER TO SHOW CAUSE WHY ACTION
                                             SHOULD NOT BE DISMISSED FOR
13        v.                                  FAILURE TO FOLLOW COURT ORDER
                                             AND FAILURE TO PROSECUTE
14   BROWN, et al.,
                                             THIRTY-DAY RESPONSE DEADLINE
15              Defendants.

16

17        Plaintiff Jesus Jessie Gaona ("Plaintiff") is a prisoner in the custody of the California

18   Department of Corrections and Rehabilitation.  Plaintiff is proceeding pro se and in forma pauperis

19   in this civil rights action pursuant to 42 U.S.C. § 1983.[1]  He filed this action on July 20, 2015.

20        On December 15, 2015, the Court screened Plaintiff's complaint and dismissed it with leave

21   to amend.  Plaintiff was ordered to file an amended complaint within thirty (30) days.  Over thirty

22   (30) days have passed and Plaintiff has failed to comply with the order.

23        Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why he failed to

24   comply with the Court's December 15, 2015, order.  Plaintiff must file a response to this order

25   within thirty (30) days of the date of service.  Plaintiff may also comply with this order by filing an

26   amended complaint in accordance with the December 15, 2015, order.

27   ///

28   _____
     [1] Plaintiff consented to the jurisdiction of the United States Magistrate Judge on August 21, 2015.

                                              1

<u>Failure to comply with this order will result in dismissal of this action.</u>

IT IS SO ORDERED.

Dated: __**February 9, 2016**__                    _____/s/ *Dennis L. Beck*____

UNITED STATES MAGISTRATE JUDGE