# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS JESSIE GAONA,<br><br>        Plaintiff,<br><br>    v.<br><br>BROWN, et al.,<br><br>        Defendants. | Case No. 1:15-cv-01117 DLB PC<br><br>ORDER VACATING ORDER TO SHOW CAUSE<br><br>(Document 14) |

Plaintiff Jesus Jessie Gaona ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.[1] He filed this action on July 20, 2015.

On February 9, 2016, the Court issued an order to show cause why the action should not be dismissed for Plaintiff's failure to file an amended complaint. Plaintiff subsequently filed his amended complaint on February 24, 2016. The order to show cause is therefore VACATED.

IT IS SO ORDERED.

    Dated:    **February 26, 2016**            /s/ Dennis L. Beck
                                            UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff consented to the jurisdiction of the United States Magistrate Judge on August 21, 2015.

1